JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

TAYUPO GARCIA JOSE,

              Petitioner,

              v.

JOSHUA JOHNSON,

              Respondent.

Case No. 5:26-cv-01669-DTB

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Motion for a Temporary Restraining Order granted by the District Court (Docket No. 12) on April 13, 2026.

Dated: May 5, 2026

_____
DAVID T. BRISTOW
United States Magistrate Judge

1